# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00036-GCM

| | |
|---|---|
| BALLANTYNE VILLAGE PARKING, LLC, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) **ORDER** |
| CITY OF CHARLOTTE, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER COMES** before this Court for a Preliminary Injunction hearing on February 14, 2019. The Court held a status conference in this case on February 12, 2019. Based on that conference and the briefs and issues currently pending before the Court, the Court enters the following schedule for tomorrow's hearing:

- First, Plaintiff will put on evidence as it pertains to the *Burford* abstention issue;

- Second, Defendant will put on evidence as it pertains to the *Burford* abstention issue;

- Third, the Court will hear argument from the Parties regarding *Burford* abstention;

- Fourth, the Court will rule regarding the applicability of *Burford*;

- Fifth, if the Court finds *Burford* does not apply, Plaintiff will put on evidence regarding the merits of the preliminary injunction motion;

- Sixth, Defendant will have an opportunity to put on evidence regarding the preliminary injunction;

- Finally, the Court will hear argument from the Parties on the merits of the preliminary injunction.

1

**SO ORDERED**.

Signed: February 13, 2019

Graham C. Mullen
United States District Judge