# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00036-GCM

| | |
|---|---|
| BALLANTYNE VILLAGE PARKING, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| CITY OF CHARLOTTE, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER COMES** before the Court on non-party Terrie Hagler-Gray's ("Hagler-Gray") Motion to Quash Plaintiff's Subpoena. (Doc. No. 18). Plaintiff submitted a Response to the Motion (Doc. No. 20) to which Hagler-Gray Replied. (Doc. No. 21). Thus, this matter is ripe for disposition.

The Court read the briefs submitted regarding this matter. After full consideration of the briefs and applicable law, the Court enters the following Order:

- Hagler-Gray is **ORDERED** to attend Court for the hearing on February 14, 2019 at 10:30 a.m.;

- The extent of Hagler-Gray's testimony, if any, will be determined at the hearing;

- The Court instructs the Parties that the Court will severely limit the scope of any testimony by Hagler-Gray in order to protect any privileged information.

Subject to the above Order, Hagler-Gray's Motion to Quash in **DENIED**.

   **SO ORDERED**.

1

Signed: February 13, 2019

Graham C. Mullen
United States District Judge