# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00036-GCM

| | |
|---|---|
| BALLANTYNE VILLAGE PARKING, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| CITY OF CHARLOTTE, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS COURT** held a hearing in this matter on February 14, 2019. For the reasons stated in open court, the Court finds *Burford* abstention applies. Therefore, the Court abstains from jurisdiction in this case. The Court declines to exercise supplemental jurisdiction over the remaining state law claims. This case is dismissed without prejudice. Additionally, the pending Motion for Preliminary Injunction and Motion to Dismiss are denied as moot.

**SO ORDERED**.

Signed: February 15, 2019

Graham C. Mullen
United States District Judge