# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Ballantyne Village Parking, LLC, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:19-cv-00036-GCM |
| vs. | |
| City of Charlotte, Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 15, 2019 Order.

February 15, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court