IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV36-GCM

| | | |
|---|---|---|
| BALLANTYNE VILLAGE PARKING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CITY OF CHARLOTTE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon remand from the Fourth Circuit Court of Appeals vacating the Court's decision of February 15, 2019 and directing that this Court dismiss this case for lack of ripeness. Accordingly,

IT IS THEREFORE ORDERED that this case is hereby dismissed without prejudice.

Signed: July 10, 2020

Graham C. Mullen
United States District Judge